# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**RACHELLE SANTILLANES,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**No. 11-cv-527KBM/SMV**

**ERIC ASBURY and**
**COUNTY OF BERNALILLO,**

    **Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on Monday, July 9, 2012.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **Friday, August 10, 2012**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**